Payslip: Jennifer Hughes: 06/14/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| CenterWell Certified Healthcare Corp. | 500 W Main St<br>Louisville, KY 40202<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jennifer Hughes | | 06/01/2025 | 06/14/2025 | 06/20/2025 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,861.43 | 104.52 | 315.00 | 92.55 | 1,349.36 |
| YTD | 22,058.03 | 1,358.76 | 3,683.02 | 1,203.15 | 15,813.10 |

## Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| AttmptVisit 0.25 | 06/08/2025 - 06/14/2025 | 0.00 | 32.076568 | 8.02 | 56.14 |
| Case Conference | | | | | 202.60 |
| Education | | | | | 48.12 |
| Holiday HCHB | | | | | 192.48 |
| Personal Holiday | 06/01/2025 - 06/07/2025 | 8.00 | 24.06 | 192.48 | 192.48 |
| Phone Expense | 06/01/2025 - 06/14/2025 | 0.00 | 0.00 | 50.00 | 250.00 |
| Phone Visit | | | | | 8.02 |
| PTO | 06/01/2025 - 06/14/2025 | 13.28 | 24.06 | 319.52 | 1,185.68 |
| PTO Med | | | | | 722.90 |
| Short-term Disability | | | | | 5,632.80 |
| Std Visit 0.90 | 06/01/2025 - 06/14/2025 | 0.00 | 32.076568 | 1,241.41 | 13,366.81 |
| Weekend On Call | 06/01/2025 - 06/07/2025 | 0.00 | 50.00 | 50.00 | 200.00 |
| | | | Total: | 1,861.43 | 22,058.03 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 105.82 | 1,267.85 |
| Medicare | 24.75 | 296.51 |
| Federal Withholding | 126.43 | 1,434.66 |
| State Tax - WV | 58.00 | 684.00 |
| Total: | 315.00 | 3,683.02 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.12 | 261.56 |
| Pre-tax BCBS Medical | 84.40 | 1,097.20 |
| Total: | 104.52 | 1,358.76 |

After-Tax Deductions

Payslip: Jennifer Hughes: 06/14/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Fleet Car Program | 90.00 | 1,170.00 |
| Voluntary Life | 2.55 | 33.15 |
| Total: | 92.55 | 1,203.15 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| BCBS Medical ER | 401.86 | 5,224.18 |
| Total: | 401.86 | 5,224.18 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans - Accruals

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 8.00 | 0.00 |
| PTO | 6.16 | 13.28 | 0.00 |
| Short Term Disability | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The poca valley bank | The poca valley bank ******1874 | ******1874 | 1,349.36 | USD |
| | | Total: | 1,349.36 | |

Payslip: Jennifer Hughes: 05/31/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| CenterWell Certified Healthcare Corp. | 500 W Main St<br>Louisville, KY 40202<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jennifer Hughes | [redacted] | 05/18/2025 | 05/31/2025 | 06/06/2025 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,099.81 | 104.52 | 385.67 | 92.55 | 1,517.07 |
| YTD | 20,196.60 | 1,254.24 | 3,368.02 | 1,110.60 | 14,463.74 |

## Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| AttmptVisit 0.25 | | | | | 48.12 |
| Case Conference | | | | | 202.60 |
| Education | | | | | 48.12 |
| Holiday HCHB | 05/25/2025 - 05/31/2025 | 8.00 | 24.06 | 192.48 | 192.48 |
| Phone Expense | | | | | 200.00 |
| Phone Visit | | | | | 8.02 |
| PTO | 05/18/2025 - 05/31/2025 | 16.00 | 24.06 | 384.96 | 866.16 |
| PTO Med | | | | | 722.90 |
| Short-term Disability | | | | | 5,632.80 |
| Std Visit 0.90 | 05/18/2025 - 05/31/2025 | 0.00 | 32.076568 | 1,472.37 | 12,125.40 |
| Weekend On Call | 05/25/2025 - 05/31/2025 | 0.00 | 50.00 | 50.00 | 150.00 |
| | | | Total: | 2,099.81 | 20,196.60 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 123.71 | 1,162.03 |
| Medicare | 28.93 | 271.76 |
| Federal Withholding | 161.03 | 1,308.23 |
| State Tax - WV | 72.00 | 626.00 |
| Total: | 385.67 | 3,368.02 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.12 | 241.44 |
| Pre-tax BCBS Medical | 84.40 | 1,012.80 |
| Total: | 104.52 | 1,254.24 |

## After-Tax Deductions

Payslip: Jennifer Hughes: 05/31/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Fleet Car Program | 90.00 | 1,080.00 |
| Voluntary Life | 2.55 | 30.60 |
| Total: | 92.55 | 1,110.60 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| BCBS Medical ER | 401.86 | 4,822.32 |
| Total: | 401.86 | 4,822.32 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Absence Plans - Accruals**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 0.00 | 8.00 |
| PTO | 6.16 | 16.00 | 7.12 |
| Short Term Disability | 0.00 | 0.00 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The poca valley bank | The poca valley bank ******1874 | ******1874 | 1,517.07 | USD |
| | | Total: | 1,517.07 | |

Payslip: Jennifer Hughes: 05/17/2025  
(Regular) - Complete

05:20 PM  
06/19/2025  
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| CenterWell Certified Healthcare Corp. | 500 W Main St<br>Louisville, KY 40202<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jennifer Hughes | ▮▮▮▮ | 05/04/2025 | 05/17/2025 | 05/23/2025 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,906.99 | 104.52 | 325.95 | 92.55 | 1,383.97 |
| YTD | 18,096.79 | 1,149.72 | 2,982.35 | 1,018.05 | 12,946.67 |

## Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| AttmptVisit 0.25 | 05/04/2025 - 05/17/2025 | 0.00 | 32.076568 | 16.04 | 48.12 |
| Case Conference | 05/04/2025 - 05/10/2025 | 0.92 | 24.06 | 22.14 | 202.60 |
| Education | | | | | 48.12 |
| Phone Expense | 05/04/2025 - 05/17/2025 | 0.00 | 0.00 | 50.00 | 200.00 |
| Phone Visit | | | | | 8.02 |
| PTO | | | | | 481.20 |
| PTO Med | | | | | 722.90 |
| Short-term Disability | | | | | 5,632.80 |
| Std Visit 0.90 | 05/04/2025 - 05/17/2025 | 0.00 | 32.076568 | 1,818.81 | 10,653.03 |
| Weekend On Call | | | | | 100.00 |
| | | | Total: | 1,906.99 | 18,096.79 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 108.65 | 1,038.32 |
| Medicare | 25.41 | 242.83 |
| Federal Withholding | 131.89 | 1,147.20 |
| State Tax - WV | 60.00 | 554.00 |
| Total: | 325.95 | 2,982.35 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.12 | 221.32 |
| Pre-tax BCBS Medical | 84.40 | 928.40 |
| Total: | 104.52 | 1,149.72 |

## After-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Fleet Car Program | 90.00 | 990.00 |

Payslip: Jennifer Hughes: 05/17/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Voluntary Life | 2.55 | 28.05 |
| Total: | 92.55 | 1,018.05 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| BCBS Medical ER | 401.86 | 4,420.46 |
| Total: | 401.86 | 4,420.46 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans - Accruals

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 0.00 | 8.00 |
| PTO | 6.16 | 0.00 | 16.96 |
| Short Term Disability | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The poca valley bank | The poca valley bank ******1874 | ******1874 | 1,383.97 | USD |
| | | Total: | 1,383.97 | |

Payslip: Jennifer Hughes: 05/03/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| CenterWell Certified Healthcare Corp. | 500 W Main St<br>Louisville, KY 40202<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jennifer Hughes | ■ | 04/20/2025 | 05/03/2025 | 05/09/2025 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,974.68 | 104.52 | 343.26 | 92.55 | 1,434.35 |
| YTD | 16,189.80 | 1,045.20 | 2,656.40 | 925.50 | 11,562.70 |

## Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| AttmptVisit 0.25 | | | | | 32.08 |
| Case Conference | | | | | 180.46 |
| Education | | | | | 48.12 |
| Phone Expense | 04/20/2025 - 05/03/2025 | 0.00 | 0.00 | 50.00 | 150.00 |
| Phone Visit | | | | | 8.02 |
| PTO | 04/20/2025 - 05/03/2025 | 8.00 | 24.06 | 192.48 | 481.20 |
| PTO Med | | | | | 722.90 |
| Short-term Disability | | | | | 5,632.80 |
| Std Visit 0.90 | 04/20/2025 - 05/03/2025 | 0.00 | 32.076568 | 1,732.20 | 8,834.22 |
| Weekend On Call | | | | | 100.00 |
| | | | Total: | 1,974.68 | 16,189.80 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 112.85 | 929.67 |
| Medicare | 26.39 | 217.42 |
| Federal Withholding | 140.02 | 1,015.31 |
| State Tax - WV | 64.00 | 494.00 |
| Total: | 343.26 | 2,656.40 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.12 | 201.20 |
| Pre-tax BCBS Medical | 84.40 | 844.00 |
| Total: | 104.52 | 1,045.20 |

## After-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Fleet Car Program | 90.00 | 900.00 |
| Voluntary Life | 2.55 | 25.50 |

Payslip: Jennifer Hughes: 05/03/2025
(Regular) - Complete

05:20 PM
06/19/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Total: | 92.55 | 925.50 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| BCBS Medical ER | 401.86 | 4,018.60 |
| Total: | 401.86 | 4,018.60 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Absence Plans - Accruals**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 0.00 | 8.00 |
| PTO | 6.16 | 8.00 | 10.80 |
| Short Term Disability | 0.00 | 0.00 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The poca valley bank | The poca valley bank ******1874 | ******1874 | 1,434.35 | USD |
| | | Total: | 1,434.35 | |

Payslip: Jennifer Hughes: 04/19/2025
(Regular) - Complete

04:41 PM
06/23/2025
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| CenterWell Certified Healthcare Corp. | 500 W Main St<br>Louisville, KY 40202<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jennifer Hughes | | 04/06/2025 | 04/19/2025 | 04/25/2025 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,974.67 | 104.52 | 355.08 | 92.55 | 1,422.52 |
| YTD | 14,215.12 | 940.68 | 2,313.14 | 832.95 | 10,128.35 |

## Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| AttmptVisit 0.25 | | | | | 32.08 |
| Case Conference | 04/06/2025 - 04/19/2025 | 2.00 | 24.06 | 48.12 | 180.46 |
| Education | | | | | 48.12 |
| Phone Expense | | | | | 100.00 |
| Phone Visit | | | | | 8.02 |
| PTO | | | | | 288.72 |
| PTO Med | | | | | 722.90 |
| Short-term Disability | | | | | 5,632.80 |
| Std Visit 0.90 | 04/06/2025 - 04/19/2025 | 0.00 | 32.076568 | 1,876.55 | 7,102.02 |
| Weekend On Call | 04/06/2025 - 04/12/2025 | 0.00 | 50.00 | 50.00 | 100.00 |
| | | | Total: | 1,974.67 | 14,215.12 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 115.95 | 816.82 |
| Medicare | 27.12 | 191.03 |
| Federal Withholding | 146.01 | 875.29 |
| State Tax - WV | 66.00 | 430.00 |
| Total: | 355.08 | 2,313.14 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.12 | 181.08 |
| Pre-tax BCBS Medical | 84.40 | 759.60 |
| Total: | 104.52 | 940.68 |

## After-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Fleet Car Program | 90.00 | 810.00 |
| Voluntary Life | 2.55 | 22.95 |

Payslip: Jennifer Hughes: 04/19/2025
(Regular) - Complete

04:41 PM
06/23/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Total: | 92.55 | 832.95 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| BCBS Medical ER | 401.86 | 3,616.74 |
| Total: | 401.86 | 3,616.74 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Absence Plans - Accruals**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 0.00 | 8.00 |
| PTO | 6.16 | 0.00 | 12.64 |
| Short Term Disability | 0.00 | 0.00 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The poca valley bank | The poca valley bank ******1874 | ******1874 | 1,422.52 | USD |
| | | Total: | 1,422.52 | |

Payslip: Jennifer Hughes: 04/05/2025
(Regular) - Complete

04:42 PM
06/23/2025
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| CenterWell Certified Healthcare Corp. | 500 W Main St<br>Louisville, KY 40202<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jennifer Hughes | ███ | 03/23/2025 | 04/05/2025 | 04/11/2025 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,151.40 | 104.52 | 385.98 | 92.55 | 1,568.35 |
| YTD | 12,240.45 | 836.16 | 1,958.06 | 740.40 | 8,705.83 |

## Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| AttmptVisit 0.25 | 03/23/2025 - 04/05/2025 | 0.00 | 32.076568 | 16.04 | 32.08 |
| Case Conference | 03/30/2025 - 04/05/2025 | 1.00 | 24.06 | 24.06 | 132.34 |
| Education | 03/30/2025 - 04/05/2025 | 2.00 | 24.06 | 48.12 | 48.12 |
| Phone Expense | 03/23/2025 - 04/05/2025 | 0.00 | 0.00 | 50.00 | 100.00 |
| Phone Visit | | | | | 8.02 |
| PTO | 03/23/2025 - 04/05/2025 | 12.00 | 24.06 | 288.72 | 288.72 |
| PTO Med | | | | | 722.90 |
| Short-term Disability | | | | | 5,632.80 |
| Std Visit 0.90 | 03/23/2025 - 04/05/2025 | 0.00 | 32.076568 | 1,674.46 | 5,225.47 |
| Weekend On Call | 03/30/2025 - 04/05/2025 | 0.00 | 50.00 | 50.00 | 50.00 |
| | | | Total: | 2,151.40 | 12,240.45 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 123.81 | 700.87 |
| Medicare | 28.95 | 163.91 |
| Federal Withholding | 161.22 | 729.28 |
| State Tax - WV | 72.00 | 364.00 |
| Total: | 385.98 | 1,958.06 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.12 | 160.96 |
| Pre-tax BCBS Medical | 84.40 | 675.20 |
| Total: | 104.52 | 836.16 |

## After-Tax Deductions

Payslip: Jennifer Hughes: 04/05/2025
(Regular) - Complete

04:42 PM
06/23/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Fleet Car Program | 90.00 | 720.00 |
| Voluntary Life | 2.55 | 20.40 |
| Total: | 92.55 | 740.40 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| BCBS Medical ER | 401.86 | 3,214.88 |
| Total: | 401.86 | 3,214.88 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Absence Plans - Accruals**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Holiday | 0.00 | 0.00 | 8.00 |
| PTO | 6.16 | 12.00 | 6.48 |
| Short Term Disability | 0.00 | 0.00 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The poca valley bank | The poca valley bank ******1874 | ******1874 | 1,568.35 | USD |
| | | Total: | 1,568.35 | |