# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: JENNIFER RENEE HUGHES    CASE NO.:
                       CHAPTER 7

## ORDER GRANTING MOTION TO TRANSFER VENUE
## TO HUNTINGTON DIVISION

On July 23rd, 2025, the Debtor filed a Motion to Change Venue from Charleston to Huntington based on the convenience to both the Debtor, Debtor's Counsel and Creditors in the case. There having been no objections filed, the Court accordingly Orders that the Debtor's Motion to Change Venue is GRANTED.

Prepared by:

/s/ Joe M. Supple
Joe M. Supple, WV Bar 8013
SUPPLE LAW OFFICE, PLLC
801 Viand Street
Point Pleasant, WV 25550
(304) 675-6249
info@supplelawoffice.com